## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MATTIE IVY**                                                                          **PLAINTIFF**

**v.**                            **CASE NO. 2:22-CV-00124-BSM**

**AMERICAN UNITED LIFE**
**INSURANCE COMPANY**                                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE